LARRY TINSLEY *v.* COMMISSIONER OF
CORRECTION
(AC 30542)

Gruendel, Beach and Dupont, Js.

Argued December 8—officially released December 29, 2009

Per Curiam. The appeal is dismissed.

BRIAN CROTTY ET AL. *v.* TUCCIO
DEVELOPMENT, INC.
(AC 30647)

Flynn, C. J., and Lavine and Beach, Js.

Argued December 11, 2009—officially released January 5, 2010

Per Curiam. There is no final judgment. The appeal
is dismissed for lack of jurisdiction.